994

### A. N. CAMPBELL et al. v. UNITED STATES of America.

### No. 9151.

Circuit Court of Appeals, Ninth Circuit.
Oct. 2, 1939.

Robertson, Castle & Anthony, of Honolulu, T. H., for appellants.

I. M. Stainback, U. S. Atty., and J. Frank McLaughlin, Asst. U. S. Atty., both of Honolulu, T. H., and Samuel O. Clark, Jr., Asst. U. S. Atty. Gen.

Before GARRECHT and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, and good cause therefor appearing, ordered judgment of District Court herein reversed on authority of Blatt v. United States, 305 U.S. 267, 59 S.Ct. 186, 83 L.Ed. 167, that a judgment be filed and entered accordingly, and the mandate of this court in this cause issued forthwith.

### Thomas CAMPISI, alias "Sporty," Defendant-Appellant v. UNITED STATES of America.

### No. 7063.

Circuit Court of Appeals, Third Circuit.
July 19, 1939.

Rehearing Denied Sept. 5, 1939.

Anthony A. Calandra, of Newark, N. J., for appellant.

John J. Quinn, U. S. Atty., and Charles A. Stanziale, Asst. U. S. Atty., both of Trenton, N. J.

Before MARIS, BIDDLE, and BUFFINGTON, Circuit Judges.

PER CURIAM.

It appearing that no substantial error has been committed by the court below, prejudicial to the rights of the appellant, the judgment is affirmed.

### Claude A. CARLAT, Appellant, v. Warren S. EARHART, as Trustee, etc.

### No. 11574.

Circuit Court of Appeals, Eighth Circuit.
Aug. 30, 1939.

Harry L. Jacobs, of Kansas City, Mo., for appellant.

Luther W. Adamson, of Kansas City, Mo., for respondent.

PER CURIAM.

Appeal docketed and dismissed with prejudice at costs of appellant, but without taxation of attorney's docket fee in favor of appellee, etc., per stipulation of parties.

### CITY COMPANY OF NEW YORK, Inc., Appellant, v. Samuel W. SHEPARD.

### No. 11401.

Circuit Court of Appeals, Eighth Circuit.
March 17, 1939.

M. J. Doherty, of St. Paul, Minn., for appellant.

Alexander E. Horn, Edward S. Stringer, McNeil V. Seymour, and Philip Stringer, all of St. Paul, Minn., for appellee.

PER CURIAM.

Appeal, 24 F.Supp. 682, dismissed without costs to either party in this court, per stipulation of parties.